UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALBERT HAIRAPETIAN,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-05143-PD

**ORDER ENJOINING TRANSFER AND REMOVAL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA**

**A# 076-360-889**

Respondents are enjoined from transferring Petitioner Albert Hairapetian outside the Central District of California without leave of court and from effecting removal to Armenia or any other country while pending adjudication of the habeas petition in this case.

IT IS SO ORDERED.

DATED: October 28, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge